IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DEBBIE JANE ADAMCZYK, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-cv-3218 |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>Of Social Security, | ) |
| Defendant. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff Debbie Jane Adamczyk's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (d/e 22) (Motion) is ALLOWED.  The Defendant Commissioner has no objection to the Motion.   This Court awards Plaintiff $6,977.64 for attorney fees and expenses (the "Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the EAJA.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned her right to the Award to her attorney Howard D. Olinsky.  <u>Attorney's Affirmation in Support of Motion for EAJA Fees (d/e 23)</u>, Exhibit E, <u>Affirmation and Waiver of Direct Payment of EAJA Fees</u>.  The United

States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States.  See Astrue v. Ratliff, __ U.S. __. 130 S.Ct. 2521 (2010).   If the United States determines that all or any portion of the Award is not subject to offset for such debts, Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorney Howard D. Olinsky.

ENTER:   January 17, 2019

s/ <i>Tom Schanzle-Haskins</i><br>
TOM SCHANZLE-HASKINS<br>
UNITED STATES MAGISTRATE JUDGE